## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC, )))) | |
| ) | C.A. No. 19-1985-CFC |
| Plaintiffs, )) | |
| v. )) | |
| FRESENIUS KABI USA, LLC, )) | |
| Defendant. ) | |

## **PLAINTIFFS' ANSWER TO DEFENDANT'S COUNTERCLAIMS**

Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC (collectively "Par"), hereby set forth their Answer to the Counterclaims of Defendant Fresenius Kabi USA, LLC ("Fresneius") as follows:

## **NATURE OF THE ACTION**

1. Paragraph 1 repeats and incorporates Fresenius's entire Answer, to which no further response is required. To the extent any response is required, Par denies the allegations of Paragraph 1.

2. Paragraph 2 contains legal conclusions to which no response is required. To the extent a response is required. Par admits that Fresenius seeks a declaratory judgment. Except as expressly admitted, Par denies the remaining allegations of Paragraph 2 as stated.

## **PARTIES**

3. Par admits the allegations of Paragraph 3 upon information and belief.

4. Par admits the allegations of Paragraph 4.

5. Par admits the allegations of Paragraph 5.

6. Par admits the allegations of Paragraph 6.

## JURISDICTION & VENUE

7. Paragraph 7 states legal conclusions to which no answer is required. To the extent an answer is required, Par admits that Fresenius seeks declaratory judgment under 28 U.S.C. §§ 2201 and 2202 and the Patent Laws of the United States. Except as expressly admitted, Par denies the remaining allegations of Paragraph 7 as stated.

8. Paragraph 8 states legal conclusions to which no answer is required. To the extent an answer is required, Par does not contest that this Court has subject matter jurisdiction over Fresenius's Counterclaims relating to U.S. Patent Nos. 9,375,478 ("'478 Patent"), 9,687,526 ("'526 Patent"), 9,744,209 ("the '209 Patent"), 9,750,785 ("'785 Patent") and 9,937,223 ("'223 Patent"). Par denies that a justiciable case or controversy exists with respect to Fresenius's Counterclaims relating to U.S. Patent No. 9,744,239 ( "'239 Patent") and denies that the Court has proper jurisdiction over those Counterclaims. Par denies that Fresenius states or has any valid counterclaims.

9. Paragraph 9 states legal conclusions to which no answer is required. To the extent an answer is required, Par does not contest personal jurisdiction in this judicial district for the limited purpose of this action only. Par denies the remaining allegations of Paragraph 9.

10. Paragraph 10 states legal conclusions to which no answer is required. To the extent an answer is required, Par does not contest personal jurisdiction in this judicial district for the limited purpose of this action only. Par denies the remaining allegations of Paragraph 10.

11. Paragraph 11 states legal conclusions to which no answer is required. To the extent an answer is required, Par does not contest that venue in this judicial district with respect to Fresenius's Counterclaims is proper.

## FACTUAL BACKGROUND

12. Par admits the allegations of Paragraph 12.

13. Par admits the allegations of Paragraph 13.

14. Par admits the allegations of Paragraph 14.

15. Par admits the allegations of Paragraph 15.

16. Par admits the allegations of Paragraph 16.

17. Par admits the allegations of Paragraph 17.

18. Par admits the allegations of Paragraph 18.

19. Par admits the allegations of Paragraph 19.

20. Par admits the allegations of Paragraph 20.

21. Par admits the allegations of Paragraph 21.

22. Par admits, on information and belief, that Fresenius has submitted ANDA No. 213205 (the "Fresenius Multi-Dose ANDA") to the FDA pursuant to 21 U.S.C. § 355(j), seeking approval to engage in the commercial manufacture, use, and sale of a proposed generic Vasopressin Injection USP, 200 units/10 mL (20 units/mL) product. Par also admits, upon information and belief, that Fresenius's Multi-Dose ANDA includes a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) stating that it is Fresenius's opinion that the '209, '785, '478, '526, '239, and '223 Patents are invalid and/or that certain specified dependent claims will not be infringed by the Fresenius Multi-Dose ANDA Product. Par denies the remaining allegations of Paragraph 22.

23. Par admits that, on or about September 6, 2019, Fresnius sent notice of that certification to Par, and that it received that notification. Par denies the remaining allegations of Paragraph 23.

24. Par admits, on information and belief, that Fresenius has submitted ANDA No. 213206 (the "Fresenius Single-Dose ANDA") to the FDA pursuant to 21 U.S.C. § 355(j), seeking approval to engage in the commercial manufacture, use, and sale of a proposed generic Vasopressin Injection USP, 20 units/1 mL (20 units/mL) product.  Par also admits, upon information and belief, that Fresenius's Single-Dose ANDA includes a certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) stating that it is Fresenius's opinion that the '209, '785, '478, '526, and '239 Patents are invalid and/or that certain specified dependent claims will not be infringed by the Fresenius Single-Dose ANDA Product.  Par denies the remaining allegations of Paragraph 24.

25. Par admits that, on or about September 6, 2019, Fresnius sent notice of that certification to Par, and that it received that notification.  Par denies the remaining allegations of Paragraph 25.

26. Par admits the allegations of Paragraph 26.

27. Paragraph 27 states legal conclusions to which no response is required.  To the extent a response is required, Par does not dispute that a justiciable controversy exists between the parties regarding the validity and infringement of the '478, '526, '209, '785, and '223 Patents. Except as expressly admitted, Par denies the remaining allegations of Paragraph 27.

<b><u>COUNTERCLAIM I</u><br/><u>DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '478 PATENT</u><br/><u>(FRESENIUS'S ANDA NO. 213205)</u></b>

28. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims.  Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

29. Par denies the allegations of Paragraph 29.

30. Par denies the allegations of Paragraph 30.

31. Par denies the allegations of Paragraph 31.

32. Par denies the allegations of Paragraph 32.

## COUNTERCLAIM II
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '478 PATENT (FRESENIUS'S ANDA NO. 213206)

33. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims.  Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

34. Par denies the allegations of Paragraph 34.

35. Par denies the allegations of Paragraph 35.

36. Par denies the allegations of Paragraph 36.

37. Par denies the allegations of Paragraph 37.

## COUNTERCLAIM III
## DECLATORY JUDGMENT OF INVALIDITY OF THE '478 PATENT

38. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims.  Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

39. Par denies the allegations of Paragraph 39.

40. Par denies the allegations of Paragraph 40.

41. Par denies the allegations of Paragraph 41.

42. Par does not dispute that a justiciable controversy exists between the parties regarding the validity of the '478 Patent.  Except as expressly admitted, Par denies the allegations of Paragraph 42.

43. Par denies the allegations of Paragraph 43.

44. Par denies the allegations of Paragraph 44.

**COUNTERCLAIM IV**
**DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '526 PATENT**
**(FRESENIUS'S ANDA NO. 213205)**

45. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

46. Par denies the allegations of Paragraph 46.

47. Par denies the allegations of Paragraph 47.

48. Par denies the allegations of Paragraph 48.

49. Par denies the allegations of Paragraph 49.

**COUNTERCLAIM V**
**DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '526 PATENT**
**(FRESENIUS'S ANDA NO. 213206)**

50. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

51. Par denies the allegations of Paragraph 51.

52. Par denies the allegations of Paragraph 52.

53. Par denies the allegations of Paragraph 53.

54. Par denies the allegations of Paragraph 54.

**COUNTERCLAIM VI**
**DECLARATORY JUDGMENT OF INVALIDITY OF THE '526 PATENT**

55. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

56. Par denies the allegations of Paragraph 56.

57. Par denies the allegations of Paragraph 57.

58. Par denies the allegations of Paragraph 58.

59. Par does not dispute that a justiciable controversy exists between the parties regarding the validity of the '526 Patent. Except as expressly admitted, Par denies the allegations of Paragraph 59.

60. Par denies the allegations of Paragraph 60.

61. Par denies the allegations of Paragraph 61.

**COUNTERCLAIM VII**
**DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '209 PATENT**
**(FRESENIUS'S ANDA NO. 213205)**

62. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

63. Par denies the allegations of Paragraph 63.

64. Par denies the allegations of Paragraph 64.

65. Par denies the allegations of Paragraph 65.

66. Par denies the allegations of Paragraph 66.

**COUNTERCLAIM VIII**
**DECLARATORY JUDGMENT OF INVALIDITY OF THE '209 PATENT**
**(FRESENIUS'S ANDA NO. 213206)**

67. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

68. Par denies the allegations of Paragraph 68.

69. Par denies the allegations of Paragraph 69.

70. Par denies the allegations of Paragraph 70.

71. Par denies the allegations of Paragraph 71.

## COUNTERCLAIM IX
## DECLARATORY JUDGMENT OF INVALIDITY OF THE '209 PATENT

72. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

73. Par denies the allegations of Paragraph 73.

74. Par denies the allegations of Paragraph 74.

75. Par denies the allegations of Paragraph 75.

76. Par does not dispute that a justiciable controversy exists between the parties regarding the validity of the '209 Patent. Except as expressly admitted, Par denies the allegations of Paragraph 76.

77. Par denies the allegations of Paragraph 77.

78. Par denies the allegations of Paragraph 78.

## COUNTERCLAIM X
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '239 PATENT
## (FRESENIUS'S ANDA NO. 213205)

79. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

80. The Fresenius Multi-Dose ANDA product is the subject of further investigation and discovery, such that Par is without sufficient information to admit or deny the allegations of Paragraph 80.

8

81. The Fresenius Multi-Dose ANDA product is the subject of further investigation and discovery, such that Par is without sufficient information to admit or deny the allegations of Paragraph 81.

82. The Fresenius Multi-Dose ANDA product is the subject of further investigation and discovery, such that Par is without sufficient information to admit or deny the allegations of Paragraph 82.

83. Par denies the allegations of Paragraph 83.

## COUNTERCLAIM XI
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '239 PATENT
## (FRESENIUS'S ANDA NO. 213206)

84. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

85. The Fresenius Single-Dose ANDA product is the subject of further investigation and discovery, such that Par is without sufficient information to admit or deny the allegations of Paragraph 85.

86. The Fresenius Single-Dose ANDA product is the subject of further investigation and discovery, such that Par is without sufficient information to admit or deny the allegations of Paragraph 86.

87. The Fresenius Single-Dose ANDA product is the subject of further investigation and discovery, such that Par is without sufficient information to admit or deny the allegations of Paragraph 87.

88. Par denies the allegations of Paragraph 88.

## COUNTERCLAIM XII
## DECLARATORY JUDGMENT OF INVALIDITY OF THE '239 PATENT

89. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

90. Par denies the allegations of Paragraph 90.

91. Par denies the allegations of Paragraph 91.

92. Par denies the allegations of Paragraph 92.

93. Par denies the allegations of Paragraph 93.

94. Par denies the allegations of Paragraph 94.

95. Par denies the allegations of Paragraph 95.

## COUNTERCLAIM XIII
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '785 PATENT
## (FRESENIUS'S ANDA NO. 213205)

96. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

97. Par denies the allegations of Paragraph 97.

98. Par denies the allegations of Paragraph 98.

99. Par denies the allegations of Paragraph 99.

100. Par denies the allegations of Paragraph 100.

## COUNTERCLAIM XIV
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '785 PATENT
## (FRESENIUS'S ANDA NO. 213206)

101. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

102. Par denies the allegations of Paragraph 102.

103. Par denies the allegations of Paragraph 103.

104. Par denies the allegations of Paragraph 104.

105. Par denies the allegations of Paragraph 105.

## COUNTERCLAIM XV
## DECLARATORY JUDGMENT OF INVALIDITY OF THE '785 PATENT

106. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

107. Par denies the allegations of Paragraph 107.

108. Par denies the allegations of Paragraph 108.

109. Par denies the allegations of Paragraph 109.

110. Par does not dispute that a justiciable controversy exists between the parties regarding the validity of the '785 Patent. Except as expressly admitted, Par denies the allegations of Paragraph 110.

111. Par denies the allegations of Paragraph 111.

112. Par denies the allegations of Paragraph 112.

**COUNTERCLAIM XVI**
**DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF THE '223 PATENT**
**(FRESENIUS'S ANDA NO. 213205)**

113. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

114. Par denies the allegations of Paragraph 114.

115. Par denies the allegations of Paragraph 115.

116. Par denies the allegations of Paragraph 116.

117. Par denies the allegations of Paragraph 117.

**COUNTERCLAIM XVII**
**DECLARATORY JUDGMENT OF INVALIDITY OF THE '223 PATENT**

118. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

119. Par denies the allegations of Paragraph 119.

120. Par denies the allegations of Paragraph 120.

121. Par denies the allegations of Paragraph 121.

122. Par does not dispute that a justiciable controversy exists between the parties regarding the validity of the '223 Patent. Except as expressly admitted, Par denies the allegations of Paragraph 110.

123. Par denies the allegations of Paragraph 123.

124. Par denies the allegations of Paragraph 124.

**COUNTERCLAIM XVIII**
**DECLARATORY JUDGMENT OF UNENFORCEABILITY OF THE '478 PATENT, THE '526 PATENT, THE '209 PATENT, THE '239 PATENT, AND THE '785 PATENT, AND THE '223 PATENT BASED ON INEQUITABLE CONDUCT AND UNCLEAN HANDS**

125. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

126. Par admits that plaintiff Par Sterile Products filed NDA No. 204485 on or about September 12, 2012. Par denies that its NDA include the referenced "Biopharmaceutics Review." Par denies the remaining allegations of Paragraph 126.

127. Par denies the allegations of Paragraph 127 as stated.

128. Par admits the allegations of Paragraph 128.

129. Par denies the allegations of Paragraph 129.

130. Par admits that plaintiff Par Sterile Products was aware of the pH of Pitressin. Par denies the remaining allegations of Paragraph 130.

131. Paragraph 131 contains legal conclusions to which no response is required. To the extent a response is required, Par denies the allegations of Paragraph 131.

132. The cited declarations speak for themselves. Par denies any characterization of the cited declarations and denies the remaining allegations of Paragraph 132.

133. The cited office action speaks for itself. Par denies any characterization of the cited office action. The remaining allegations of Paragraph 133 contain legal conclusions to which no response is required. To the extent a response is required, Par denies the remaining allegations of Paragraph 133.

134. Par denies the allegations of the first sentence of Paragraph 134. The cited office actions speak for themselves. Par denies any characterization of the cited rejections and the remaining allegations of Paragraph 134 as stated.

135. The cited office actions speak for themselves. Par denies any characterization of the cited documents and the remaining allegations of Paragraph 135 as stated.

136. Par denies the allegations of Paragraph 136.

137. Par denies the allegations of Paragraph 137.

138. Par denies the allegations of Paragraph 138.

139. Par denies the allegations of Paragraph 139.

140. Par denies the allegations of Paragraph 140.

**COUNTERCLAIM XIX**
**DECLARATORY JUDGMENT OF INVALIDITY AND/OR UNENFORCEABILITY OF THE '239 PATENT BASED ON IMPROPER INVENTORSHIP**

141. Par incorporates by reference its responses to each of the preceding paragraphs of Fresenius's Counterclaims. Except as expressly admitted above, Par denies any remaining allegations of the preceding paragraphs of Fresenius's Counterclaims as if fully set forth herein.

142. Par admits the allegations of Paragraph 142.

143. Par admits that, on August 14, 2015, a declaration of Sunil Vandse was submitted to the PTO. The cited declaration speaks for itself. Par denies any characterization of the cited declaration and the remaining allegations of Paragraph 143 as stated.

144. Par admits the allegations of Paragraph 144.

145. Par admits the allegations of Paragraph 145.

146. Par admits that, on March 17, 2016, the claims were amended to include the quoted language. The quoted language speaks for itself. Par denies the remaining allegations of Paragraph 146.

147. Par admits that the named inventors on the face of the '239 Patent are Matthew Kenney and Vinayagam Kannan, and that the named inventors on the face of the '478, '526, '209, '785, and '223 Patents are Matthew Kenney, Vinayagam Kannan, Sunil Vandse and Suketu Sanghvi.  Except as expressly admitted, Par denies the remaining allegations of Paragraph 147.

148. Par admits the allegations of Paragraph 148.

149. Par denies the allegations of Paragraph 149.

150. Par denies the allegations of Paragraph 150.

151. Par denies the allegations of Paragraph 151.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Defendant's Counterclaim fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

This Court lacks jurisdiction over Defendant's Counterclaims relating to the '239 Patent as there is no justiciable case or controversy relating thereto.

### Third Affirmative Defense

All persons with any duty to disclose information to the Patent Office complied with their duty and acted at all times in good faith and without intent to deceive, such that there are no grounds for rendering any of the Patents-in-Suit unenforceable.

## PRAYER FOR RELIEF

Par denies all remaining allegations not expressly admitted or responded to herein.  Par further denies that Fresenius is entitled to the relief requested, or to any relief whatsoever.  Par pray for relief as follows:

A. Entry of judgment in favor of Par and against Fresenius with respect to Defendant's Counterclaims, and an award of the relief sought in Par's Complaint;

  B.  Dismissal of Fresenius's Counterclaims with prejudice;

  C.  An award to Par of its attorney's fees, costs, and expenses; and

  D.  Such other relief as the Court deems equitable and just.

OF COUNSEL:

Martin J. Black
Sharon K. Gagliardi
Brian M. Goldberg
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
martin.black@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com

Robert D. Rhoad
DECHERT LLP
502 Carnegie Center - Suite 104
Princeton, NJ 08540-7814
(609) 955-3200
robert.rhoad@dehcert.com

Johnathan D.J. Loeb, Ph.D
DECHERT LLP
2400 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
(650) 813-4995
jonathan.loeb@dechert.com

Blake B. Greene
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
(512) 394-3000
blake.greene@dechert.com

Dated: November 19, 2019

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC*